| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>GEOFFREY D. WILSON |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS CARBAJAL,<br><br>Defendant. | CASE NO. 1:17-CR-00304 LJO<br><br>STIPULATION AND ORDER TO SET A BRIEFING SCHEDULE FOR FORFEITURE HEARING<br><br>DATE: October 7, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

The United States of America, by and through Assistant United States Attorneys Melanie L. Alsworth and Geoffrey D. Wilson, and Jai M. Gohel, Attorney for Defendant, Jose Jesus Carbajal, hereby agree and stipulate the following briefing schedule to assist the court in resolving the forfeiture matter:

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

STIP BRIEFING SCHEDULE – FORFEITURE HRG      1

- United States' opening brief is to be filed by September 3, 2019
- Defense opposition to be filed by September 23, 2019
- United States' reply, if any, by September 30, 2019

Dated: August 26, 2019
McGREGOR W. SCOTT
United States Attorney

By: /s/ Melanie L. Alsworth
Melanie L. Alsworth
Geoffrey D. Wilson
Assistant United States Attorneys

Dated: August 26, 2019
/s/ Jai M. Gohel
Jai M. Gohel
Counsel for Defendant

## **ORDER**

IT IS SO ORDERED.

Dated: **August 28, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE