| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>GEOFFREY D. WILSON |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS CARBAJAL,<br><br>Defendant. | CASE NO. 1:17-CR-00304 LJO<br><br>JOINT STIPULATION TO CONTINUE SENTENCING, FORFEITURE HEARING AND FORFEITURE BRIEFING SCHEDULE; AND ORDER |

The United States of America, by and through Assistant United States Attorneys Melanie L. Alsworth and Geoffrey D. Wilson, and Jai M. Gohel, Attorney for Defendant, Jose Jesus Carbajal, hereby agree and stipulate to continue the sentencing, forfeiture hearing and reschedule briefing for the reasons discussed herein.

Defendant Carbajal is currently scheduled for sentencing on October 28, 2019, and a forfeiture hearing is scheduled for October 7 to address items seized in connection with this case.

Attorney Gohel is scheduled to begin a murder trial in Contra Costa County in September 2019. Although the case is scheduled to begin on September 3, Attorney Gohel has advised that the case is trailing at least one other matter, and his case will not begin until later in the month. Attorney Gohel represents, based on the timing of the Contra Costa County trial, that he will be unavailable on October 7 and October 28, the dates scheduled for the forfeiture hearing and sentencing, respectively, in Mr. Carbajal's case.

To accommodate counsel's schedule, and presuming the Court's availability, the parties have agreed that sentencing should be continued to December 16, 2019 at 11:00am, and the forfeiture hearing should be rescheduled to December 2, 2019 at 11:00am. Additionally, the forfeiture briefing schedule should be amended as follows:

- United States' opening brief is to be filed by November 4, 2019
- Defense opposition to be filed by November 18, 2019
- United States' reply, if any, by November 25, 2019

Respectfully submitted,

Dated: September 3, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Melanie L. Alsworth
Melanie L. Alsworth
Geoffrey D. Wilson
Assistant United States Attorneys

Dated: September 3, 2019

/s/ Jai M. Gohel
Jai M. Gohel
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: **September 4, 2019**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE