McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE JESUS CARBAJAL, <br><br> Defendant. | No. 1:17-CR-00304-LJO-SKO <br><br> PRELIMINARY ORDER OF FORFEITURE |

Based upon the application for preliminary order of forfeiture and publication thereof, and the December 12, 2019 order of this Court, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Jose Jesus Carbajal's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783,

   b. 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839,

   c. 2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049; and,

   d. 2011 Jaguar XJL, License: 7UTY467, VIN: SAJWA2GB5BLV17646.

2. The above-listed assets are property which constitutes or are derived from proceeds traceable to a violation of 18 U.S.C. § 1951.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. The defendant waives oral pronouncement of forfeiture at the time of sentencing, any defects in such pronouncement that pertain to forfeiture, and waives any defenses to forfeiture.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **January 13, 2020**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE