McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:17-CR-00304-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER AUTHORIZING DISCOVERY AND SCHEDULING THE ANCILLARY HEARING |
| v. | |
| JOSE JESUS CARBAJAL, | |
| Defendant. | |

On February 17, 2020, Oscar Zaragoza, Jose Hurtado, and Ezequiel Carbajal filed ancillary petitions in the above-entitled case. In light of these petitions, the United States and Petitioners' counsel stipulate to the following:

**I. PRIOR PROCEEDINGS.**

1. On December 21, 2017, defendant Jose Jesus Carbajal ("Carbajal") was charged by indictment with conspiracy to commit Hobbs Act robbery and interference with commerce by robbery in violation of 18 U.S.C. § 1951, and use of a firearm during and in relation to a crime of violence or drug trafficking crime in violation of 18 U.S.C. § 924(c). ECF No. 6, Counts 1 to 3. The indictment sought forfeiture of Carbajal's interest in all property which constitutes or is derived from proceeds traceable a violation of 18 U.S.C. § 1951, and any firearms and ammunition involved in or used in the knowing commission of a violation of 18 U.S.C. § 924(c). Id., Forfeiture Allegation.

STIPULATION AND [PROPOSED] ORDER AUTHORIZING
DISCOVERY AND SCHEDULING THE ANCILLARY HEARING      1

2. On May 3, 2018, the United States filed a Bill of Particulars seeking forfeiture of the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783, 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839, 2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049; and, 2011 Jaguar XJL, License 7UTY467, VIN: SAJWA2GB5BLV17646. ECF No. 11.

3. On July 18, 2019, Carbajal was charged by superseding indictment with conspiracy to commit Hobbs Act robbery and interference with commerce by robbery in violation of 18 U.S.C. § 1951, and use of a firearm during and in relation to a crime of violence or drug trafficking crime in violation of 18 U.S.C. § 924(c). ECF No. 25, Counts 1 to 3. The indictment sought forfeiture of Carbajal's interest in all property which constitutes or is derived from proceeds traceable a violation of 18 U.S.C. § 1951, and any firearms and ammunition involved in or used in the knowing commission of a violation of 18 U.S.C. § 924(c). Id., Forfeiture Allegation.

4. On August 1, 2019, a jury found Carbajal guilty on all three counts alleged in the superseding indictment. ECF No. 47. The United States filed a brief supporting a preliminary order forfeiture of the vehicles based on their connection to the conspiracy and robbery. ECF No. 59. In Carbajal's opposition brief, he contended that there is no evidence establishing a nexus between the crimes he was convicted of and the seized vehicles. ECF No. 60.

5. On January 14, 2020, the Court entered a Preliminary Order of Forfeiture, thus initiating ancillary proceedings in which third parties could contest the forfeiture pursuant to 21 U.S.C. § 853(n). ECF No. 66. Thereafter, consistent with 21 U.S.C. § 853(n)(1), the United States published notice of the preliminary forfeiture order and provided direct notice to those persons known to have alleged an interest in the forfeited properties. ECF No. 76.

6. On February 17, 2020, petitioner Oscar Zaragoza filed a petition to the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783 ("1965 Ford Mustang") based on his ownership interest. ECF No. 73.

7. On February 17, 2020, petitioner Jose Hurtado filed a petition to the 2011 Jaguar XJL, License 7UTY467, VIN: SAJWA2GB5BLV17646 based on his ownership interest. ECF

No. 74.

8. On February 17, 2020, petitioner Ezequiel Carbajal filed a petition to the 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839 based on his ownership interest. ECF No. 75.

9. On January 13, 2020, criminal defendant Carbajal was sentenced.

## II. THE ANCILLARY PROCEEDING

10. The parties thus stipulate to the following discovery schedule and ancillary hearing:

| Event | Timing |
| --- | --- |
| Discovery Cutoff | June 10, 2020 |
| Last Day to File Dispositive Motions | July 31, 2020 |
| Ancillary Hearing | Fourth Week of September |

11. Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure provides that the Court may, before conducting a hearing on the petition, "permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is necessary or desirable to resolve factual issues."

12. With the Court's approval, the United States and Petitioners request an order adopting the above litigation schedule. The parties further request the Court schedule the ancillary hearing on a date certain in the fourth week of September 2020, or as the Court deems appropriate.

Dated: March 4, 2020 McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
MELANIE L. ALSWORTH
KEVIN C. KHASIGIAN
Assistant United States Attorneys

Dated: March 4, 2020 By: /s/ Richard M. Barnett
RICHARD M. BARNETT
Attorney for Petitioners
(As approved by email on 3/4/2020)

**ORDER**

Before this Court is the United States' motion pursuant to Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure for an order authorizing the United States to conduct discovery in accordance with the Federal Rules of Civil Procedure. After having read and considered the stipulation, the Court finds as follows:

    a.    The United States is authorized to conduct discovery pursuant to Fed. R. Crim. P. 32.2(c)(1)(B) and the parties are permitted to follow the stipulated discovery schedule.

    b.    An ancillary hearing is set for September 25, 2020 at 8:30 a.m. in Courtroom 4 before Honorable District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**March 4, 2020**__

_____
UNITED STATES DISTRICT JUDGE