BENJAMIN P. LECHMAN
California State Bar Number 185729
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 733-9789

Attorney for Defendant Carbajal

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 17CR00304-LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING |
| JOSE JESUS CARBAJAL, | ) | REQUEST FOR APPELLATE |
| | ) | COUNSEL ACCESS TO |
| | ) | <u>SEALED TRANSCRIPTS</u> |
| Defendant. | ) | [9th Circuit Case No. 20-10025] |
| _____ | ) | |

Based on a showing of good cause, the Court grants appellate counsel Benjamin P. Lechman access to the sealed transcripts from proceedings in district court before Judge O'Neill on May 1, 2020 (Forfeiture Hearing, Docket #81-84) and any other sealed portions of the transcripts ordered within the transcript designation and ordering form filed April 3, 2020 (Docket #79). Counsel is to destroy all sealed transcripts in his possession when the appeal becomes final, as measured by expiration of time to seek certiorari in the U.S. Supreme Court or conclusion of any U.S. Supreme Court proceedings, whichever is later.

IT IS SO ORDERED.

Dated: **May 19, 2020**                    _Dale A. Drozd_
                                            UNITED STATES DISTRICT JUDGE

Order Allowing Appellate Counsel Access to Sealed Transcripts; *United States v. Jose Jesus Carbajal*, Case No. 17-cr-00304-LJO- 1