1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   KEVIN C. KHASIGIAN
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | No. 1:17-CR-00304-LJO-SKO

12 |                         Plaintiff,      | STIPULATION AND ORDER EXTENDING
                                               THE DISCOVERY DEADLINE FROM JUNE
13 |              v.                         | 10, 2020 TO JULY 15, 2020

14 | JOSE JESUS CARBAJAL,

15 |                         Defendant.

16

17       On February 17, 2020, Oscar Zaragoza, Jose Hurtado, and Ezequiel Carbajal filed

18 ancillary petitions in the above-entitled case. The parties previously field a stipulation, and the

19 Court so entered, a discovery and ancillary schedule concerning the petitions filed by Oscar

20 Zaragoza, Jose Hurtado, and Ezequiel Carbajal. *See* ECF No. 78. With the Court's approval, the

21 United States and Petitioners hereby request an order extending the current discovery deadline

22 from June 10, 2020 to July 15, 2020. The remaining dates in the previously entered scheduling

23 order shall remain unchanged.

24       The United States and Petitioners' counsel stipulate and agree to the following:

25                            **I. PRIOR PROCEEDINGS.**

26       1.      On December 21, 2017, defendant Jose Jesus Carbajal ("Carbajal") was charged

27 by indictment with conspiracy to commit Hobbs Act robbery and interference with commerce by

28 robbery in violation of 18 U.S.C. § 1951, and use of a firearm during and in relation to a crime of

violence or drug trafficking crime in violation of 18 U.S.C. § 924(c).  ECF No. 6, Counts 1 to 3.  The indictment sought forfeiture of Carbajal's interest in all property which constitutes or is derived from proceeds traceable a violation of 18 U.S.C. § 1951, and any firearms and ammunition involved in or used in the knowing commission of a violation of 18 U.S.C. § 924(c).  Id., Forfeiture Allegation.

      2.      On May 3, 2018, the United States filed a Bill of Particulars seeking forfeiture of the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783, 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839, 2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049; and, 2011 Jaguar XJL, License 7UTY467, VIN: SAJWA2GB5BLV17646.  ECF No. 11.

      3.      On July 18, 2019, Carbajal was charged by superseding indictment with conspiracy to commit Hobbs Act robbery and interference with commerce by robbery in violation of 18 U.S.C. § 1951, and use of a firearm during and in relation to a crime of violence or drug trafficking crime in violation of 18 U.S.C. § 924(c).  ECF No. 25, Counts 1 to 3.  The indictment sought forfeiture of Carbajal's interest in all property which constitutes or is derived from proceeds traceable a violation of 18 U.S.C. § 1951, and any firearms and ammunition involved in or used in the knowing commission of a violation of 18 U.S.C. § 924(c).  Id., Forfeiture Allegation.

      4.      On August 1, 2019, a jury found Carbajal guilty on all three counts alleged in the superseding indictment.  ECF No. 47.  The United States filed a brief supporting a preliminary order forfeiture of the vehicles based on their connection to the conspiracy and robbery.  ECF No. 59.  In Carbajal's opposition brief, he contended that there is no evidence establishing a nexus between the crimes he was convicted of and the seized vehicles.  ECF No. 60.

      5.      On January 14, 2020, the Court entered a Preliminary Order of Forfeiture, thus initiating ancillary proceedings in which third parties could contest the forfeiture pursuant to 21 U.S.C. § 853(n).  ECF No. 66.  Thereafter, consistent with 21 U.S.C. § 853(n)(1), the United States published notice of the preliminary forfeiture order and provided direct notice to those persons known to have alleged an interest in the forfeited properties.  ECF No. 76.

6. On February 17, 2020, petitioner Oscar Zaragoza filed a petition to the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783 ("1965 Ford Mustang") based on his ownership interest.  ECF No. 73.

7. On February 17, 2020, petitioner Jose Hurtado filed a petition to the 2011 Jaguar XJL, License 7UTY467, VIN: SAJWA2GB5BLV17646 based on his ownership interest.  ECF No. 74.

8. On February 17, 2020, petitioner Ezequiel Carbajal filed a petition to the 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839 based on his ownership interest.  ECF No. 75.

9. On January 13, 2020, criminal defendant Carbajal was sentenced.

## II. THE ANCILLARY PROCEEDING

10. On March 5, 2020, the parties stipulated to and the Court subsequently entered an order setting forth a discovery and ancillary schedule. *See* ECF No. 78.

11. With the Court's approval, the United States and Petitioners request an order extending the current discovery deadline from June 10, 2020 to July 15, 2020.  The remaining dates shall remain unchanged.  The parties therefore propose the following ancillary and discovery schedule:

| Event | Timing |
|---|---|
| Discovery Cutoff | July 15, 2020 |
| Last Day to File Dispositive Motions | July 31, 2020 |
| Ancillary Hearing | September 25, 2020 at 8:30 a.m. |

Dated:  June 4, 2020         McGREGOR W. SCOTT
                             United States Attorney

                       By:   /s/ Kevin C. Khasigian
                             MELANIE L. ALSWORTH
                             KEVIN C. KHASIGIAN
                             Assistant United States Attorneys

Dated:  June 3, 2020   By:   /s/ Richard M. Barnett
                             RICHARD M. BARNETT
                             Attorney for Petitioners
                             (As approved by telephone on 6/3/2020)

STIPULATION AND [PROPOSED] ORDER EXTENDING THE        3
DISCOVERY DEADLINE

# **ORDER**

Before this Court is the United States' stipulated request for an order extending the discovery cutoff date to July 15, 2020.  The discovery cutoff is ordered extended to July 15, 2020, and all other dates remain unaffected.

IT IS SO ORDERED.

Dated:   **June 4, 2020**

_____
UNITED STATES DISTRICT JUDGE