McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00304-LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER EXTENDING THE ANCILLARY DEADLINES |
| v. | |
| JOSE JESUS CARBAJAL, | |
| Defendant. | |

On February 17, 2020, Oscar Zaragoza, Jose Hurtado, and Ezequiel Carbajal filed ancillary petitions in the above-entitled case. The parties previously filed a stipulation, and the Court so entered, a discovery and ancillary schedule concerning the petitions filed by Oscar Zaragoza, Jose Hurtado, and Ezequiel Carbajal. *See* ECF No. 92. With the Court's approval, the United States and Petitioners hereby request an order to extend all deadlines in the case for approximately two months given the continuing impacts of the COVID-19 pandemic.

The United States and Petitioners' counsel stipulate and agree to the following:

## I. PRIOR PROCEEDINGS.

1. On December 21, 2017, defendant Jose Jesus Carbajal ("Carbajal") was charged by indictment with conspiracy to commit Hobbs Act robbery and interference with commerce by robbery in violation of 18 U.S.C. § 1951, and use of a firearm during and in relation to a crime of violence or drug trafficking crime in violation of 18 U.S.C. § 924(c). ECF No. 6, Counts 1 to 3.

The indictment sought forfeiture of Carbajal's interest in all property which constitutes or is derived from proceeds traceable a violation of 18 U.S.C. § 1951, and any firearms and ammunition involved in or used in the knowing commission of a violation of 18 U.S.C. § 924(c). Id., Forfeiture Allegation.

2. On May 3, 2018, the United States filed a Bill of Particulars seeking forfeiture of the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783, 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839, 2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049; and, 2011 Jaguar XJL, License 7UTY467, VIN: SAJWA2GB5BLV17646.  ECF No. 11.

3. On July 18, 2019, Carbajal was charged by superseding indictment with conspiracy to commit Hobbs Act robbery and interference with commerce by robbery in violation of 18 U.S.C. § 1951, and use of a firearm during and in relation to a crime of violence or drug trafficking crime in violation of 18 U.S.C. § 924(c).  ECF No. 25, Counts 1 to 3.  The indictment sought forfeiture of Carbajal's interest in all property which constitutes or is derived from proceeds traceable a violation of 18 U.S.C. § 1951, and any firearms and ammunition involved in or used in the knowing commission of a violation of 18 U.S.C. § 924(c). Id., Forfeiture Allegation.

4. On August 1, 2019, a jury found Carbajal guilty on all three counts alleged in the superseding indictment.  ECF No. 47.  The United States filed a brief supporting a preliminary order forfeiture of the vehicles based on their connection to the conspiracy and robbery.  ECF No. 59.  In Carbajal's opposition brief, he contended that there is no evidence establishing a nexus between the crimes he was convicted of and the seized vehicles.  ECF No. 60.

5. On January 14, 2020, the Court entered a Preliminary Order of Forfeiture, thus initiating ancillary proceedings in which third parties could contest the forfeiture pursuant to 21 U.S.C. § 853(n).  ECF No. 66.  Thereafter, consistent with 21 U.S.C. § 853(n)(1), the United States published notice of the preliminary forfeiture order and provided direct notice to those persons known to have alleged an interest in the forfeited properties.  ECF No. 76.

6. On February 17, 2020, petitioner Oscar Zaragoza filed a petition to the 1965 Ford

Mustang, License: 7HKY797, VIN: 5F09C612783 ("1965 Ford Mustang") based on his ownership interest. ECF No. 73.

7. On February 17, 2020, petitioner Jose Hurtado filed a petition to the 2011 Jaguar XJL, License 7UTY467, VIN: SAJWA2GB5BLV17646 based on his ownership interest. ECF No. 74.

8. On February 17, 2020, petitioner Ezequiel Carbajal filed a petition to the 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839 based on his ownership interest. ECF No. 75.

9. On January 13, 2020, criminal defendant Carbajal was sentenced.

## II. THE ANCILLARY PROCEEDING

10. On March 5, 2020, the parties stipulated to and the Court subsequently entered an order setting forth a discovery and ancillary schedule. *See* ECF No. 78.

11. On or about June 4, 2020, the parties stipulated to and the Court subsequently entered an order extending the discovery cutoff to July 15, 2020. *See* ECF No. 90.

12. On or about June 29, 2020, the parties stipulated to and the Court subsequently entered an order further extending the discovery cutoff to August 14, 2020. *See* ECF No. 92.

13. With the Court's approval, the United States and Petitioners request an order extending all of the ancillary deadlines. The parties therefore propose the following ancillary and discovery schedule:

| Event | Current Deadline/Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | August 14, 2020 | October 17, 2020 |
| Last Day to File Dispositive Motions | August 31, 2020 | October 31, 2020 |
| Ancillary Hearing | October 23, 2020 at 8:30 a.m. | December 18, 2020 at 8:30 a.m. |

Dated: August 13, 2020
                                  McGREGOR W. SCOTT
                                  United States Attorney

By: /s/ Kevin C. Khasigian
MELANIE L. ALSWORTH
KEVIN C. KHASIGIAN
Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DISCOVERY DEADLINE       3

| | | |
|---|---|---|
| Dated:  August 13, 2020 | By: | /s/ Richard M. Barnett |
| | | RICHARD M. BARNETT |
| | | Attorney for Petitioners |
| | | (As approved by email on 8/13/2020) |

### **ORDER**

Before this Court is the United States' stipulated request for an order extending the ancillary deadlines as proposed by the parties.  The proposed dates are adopted herein.

IT IS SO ORDERED.

Dated:   **August 13, 2020**                                   _Dale A. Drozd_
                                                               UNITED STATES DISTRICT JUDGE