PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>JOSE JESUS CARBAJAL,<br><br>                              Defendant. | No. 1:17-CR-00304-LJO-SKO<br><br>STIPULATION AND APPLICATION FOR FINAL ORDER OF FORFEITURE |

　　　　IT IS HEREBY STIPULATED, by and between plaintiff United States of America and petitioners Oscar Zaragoza, Jose Hurtado, and Ezequiel Carbajal (hereafter collectively "petitioners"), to compromise and settle their interest in the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783, 2011 Jaguar XJL, License: 7UTY467, VIN: SAJWA2GB5BLV17646, and 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839 (hereafter collectively "Subject Vehicles"), and to consent to the entry of a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

　　　　1.　　The United States hereby incorporates by reference, as though fully set forth herein, all its averments contained in its Application for Preliminary Order of Forfeiture and Publication Thereof filed on January 13, 2020.

///

///

2.      On or about January 13, 2020, this Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jose Jesus Carbajal in the following property:

    a.  1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783,

    b.  1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839,

    c.  2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049, and,

    d.  2011 Jaguar XJL, License: 7UTY467, VIN: SAJWA2GB5BLV17646.

3.      Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, third parties asserting a legal interest in the above-listed forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4.      Beginning on January 15, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.  A Declaration of Publication was filed on February 18, 2020.

5.      The United States completed direct written notice by certified mail to Patricia Gonzalez de Silva, Oscar Zaragoza, Margarita Gutierrez, Linh Nguyen, Jose A. Mendoza aka Jerardo Carlos, Jose Hurtado, Heriberto Villarreal, Ezequiel Carbajal, Eva Silva, and Robert L. Forkner, attorney.

6.      On February 17, 2020, Oscar Zaragoza, Jose Hurtado, and Ezequiel Carbajal filed petitions alleging an interest in the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783, 2011 Jaguar XJL, License: 7UTY467, VIN: SAJWA2GB5BLV17646, and 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839, respectively.  No other parties have filed petitions in this matter to the subject property and the time for any person or entity to file a petition has expired.

7.      The parties hereby stipulate that petitioners have a legal right, title, or interest to the respective Subject Vehicles, and such right, title, or interest requires the Court to amend the

1  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for their

2  interest, because such interest was vested in them rather than defendant Jose Jesus Carbajal at the

3  time of the commission of the acts which give rise to the forfeiture of the Subject Vehicles.  *See*

4  18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c) (incorporating 21 U.S.C. § 853(n)).  The parties

5  further stipulate, however, that Jose Jesus Carbajal has an ownership interest in the Subject

6  Vehicles and the Preliminary Order of Forfeiture remains valid to the extent it orders the

7  forfeiture of his interest.

8        8.      Upon entry of this Stipulation and Application for Final Order of Forfeiture, the

9  2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049, shall be forfeited to the

10  United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of

11  according to law, including all right, title, and interest of Jose Jesus Carbajal, Patricia Gonzalez

12  de Silva, Oscar Zaragoza, Margarita Gutierrez, Linh Nguyen, Jose A. Mendoza aka Jerardo

13  Carlos, Jose Hurtado, Heriberto Villarreal, Ezequiel Carbajal, and Eva Silva.

14        9.      Within 60 days of entry of this Stipulation and Application for Final Order of

15  Forfeiture, the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783, shall be returned to

16  Oscar Zaragoza, through his attorney, Richard M. Barnett.

17        10.     Within 60 days of entry of this Stipulation and Application for Final Order of

18  Forfeiture, the 2011 Jaguar XJL, License: 7UTY467, VIN: SAJWA2GB5BLV17646, shall be

19  returned to Jose Hurtado, through his attorney, Richard M. Barnett.

20        11.     Within 60 days of entry of this Stipulation and Application for Final Order of

21  Forfeiture, the 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839, shall be

22  returned to Ezequiel Carbajal, through his attorney, Richard M. Barnett.

23        12.     The return of the Subject Vehicles to petitioners shall be in full settlement and

24  satisfaction of all claims and petitions by them to the Subject Vehicles, and of all claims arising

25  from and relating to the detention and forfeiture of the Subject Vehicles.

26        13.     Petitioners hereby release plaintiff United States and its servants, agents, and

27  employees and all other public entities, their servants, agents, and employees, from any and all

28

liability arising out of or in any way connected with the forfeiture the Subject Vehicles.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture and sale, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor does not known or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

14.     Petitioners understand and agree that by entering into this stipulation of their interest in the Subject Vehicles, they waive any right to litigate further their ownership interest in the property and to petition for remission or mitigation of the forfeiture.  Thereafter, if this Stipulation for Final Order of Forfeiture is approved by the Court, then unless specifically directed by an order of the Court, Petitioners shall be excused and relieved from further participation in this action.

15.     Petitioners understand and agree that the United States reserves the right to void this stipulation if the U.S. Attorney obtains new information indicating that Petitioners are not "innocent owners" or "bona fide purchasers" pursuant to the applicable forfeiture statutes.  The U.S. Attorney also reserves the right, in its discretion, to terminate the forfeiture at any time and release the property.  In either event, the United States shall promptly notify Petitioners of such action.  A discretionary termination of forfeiture shall not be a basis for any award of fees.

16.     Counsel for petitioners represents that he has authority to enter this stipulation on behalf of his clients.

17.     All parties are to bear their own costs and attorneys' fees, if any.

Dated:  April 2, 2021                                         PHILLIP A. TALBERT
                                                              Acting United States Attorney

                                                       By:    /s/ Kevin C. Khasigian
                                                              MELANIE L. ALSWORTH
                                                              KEVIN C. KHASIGIAN
                                                              Assistant United States Attorneys

///

///

Dated:  April 1, 2021         By:    /s/ Richard M. Barnett
                                     RICHARD M. BARNETT
                                     Attorney for Petitioners Oscar Zaragoza,
                                     Jose Hurtado, and Ezequiel Carbajal

## **ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the 2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jose Jesus Carbajal, Patricia Gonzalez de Silva, Oscar Zaragoza, Margarita Gutierrez, Linh Nguyen, Jose A. Mendoza aka Jerardo Carlos, Jose Hurtado, Heriberto Villarreal, Ezequiel Carbajal, and Eva Silva and their interests are hereby extinguished.

2. All right, title, and interest in the 2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049 shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the 2008 Lexus LS460, License: 7KGL577, VIN: JTHBL46F285063049 until it is disposed of according to law.

4. Within 60 days of entry of this Stipulation and Application for Final Order of Forfeiture, the 1965 Ford Mustang, License: 7HKY797, VIN: 5F09C612783, shall be returned to Oscar Zaragoza, through his attorney, Richard M. Barnett.

5. Within 60 days of entry of this Stipulation and Application for Final Order of Forfeiture, the 2011 Jaguar XJL, License: 7UTY467, VIN: SAJWA2GB5BLV17646, shall be returned to Jose Hurtado, through his attorney, Richard M. Barnett.

6. Within 60 days of entry of this Stipulation and Application for Final Order of Forfeiture, the 1969 Chevrolet Camaro, License: 7NPN598, VIN: 123379N592839, shall be returned to Ezequiel Carbajal, through his attorney, Richard M. Barnett.

IT IS SO ORDERED.

Dated:   **April 5, 2021**      /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE