PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00304 NONE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO RESCHEDULE SENTENCING HEARING |
| v. | |
| JOSE JESUS CARBAJAL, | DATE: November 19, 2021<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for resentencing on November 19, 2021.

    2.    The parties stipulate and agree, and request that the Court find the following:

        a)    The resentencing hearing currently scheduled for November 19 should be rescheduled for December 17 to allow the Probation Officer time to coordinate the PSI interview and to insure availability of counsel for the resentencing hearing.

        b)    The Presentence Investigation Referral/Schedule should be amended as follows:

            1)    The [draft] Report shall be made available to defense counsel and the AUSA on November 5, 2021;

            2)    Informal objections due to Probation and opposing counsel on November 19, 2021;

    3)  [Final] Report filed with the Court and disclosed to counsel on November 26, 2021;

    4)  Formal objections filed with the Court and served on Probation and opposing counsel by December 3, 2021; and

    5)  Reply, or Statement of Non-Opposition filed by December 10, 2021.

  3.  The Probation Office does not object to this request.

  IT IS SO STIPULATED.

Dated:  October 19, 2021        PHILLIP A. TALBERT
                  Acting United States Attorney

                  /s/ MELANIE L. ALSWORTH
                  MELANIE L. ALSWORTH
                  Assistant United States Attorney

Dated:  October 19, 2021        /s/ BENJAMIN LECHMAN
                  BENJAMIN LECHMAN
                  Counsel for Defendant
                  JOSE JESUS CARBAJAL

**FINDINGS AND ORDER**

IT IS SO ORDERED.

 Dated:  **October 19, 2021**        /s/ Dale A. Drozd
                  UNITED STATES DISTRICT JUDGE