PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS CARBAJAL,<br><br>Defendant. | CASE NO. 1:17-CR-00304 NONE<br><br>STIPULATION AND ORDER TO RESCHEDULE SENTENCING HEARING<br><br>DATE: December 17, 2021<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for resentencing on December 17, 2021.

2. The parties stipulate and agree, and request that the Court find the following:

a) The resentencing hearing currently scheduled for December 17 should be rescheduled for February 18, 2022 to allow the Probation Officer time to complete the PSR and to insure availability of counsel for the resentencing hearing.

b) The Presentence Investigation Referral/Schedule should be amended as follows:

1) The [draft] Report shall be made available to defense counsel and the AUSA on January 7, 2022;

2) Informal objections due to Probation and opposing counsel on January 21, 2022;

1

        3)    [Final] Report filed with the Court and disclosed to counsel on January 28, 2022;

        4)    Formal objections filed with the Court and served on Probation and opposing counsel by February 4, 2022; and

        5)    Reply, or Statement of Non-Opposition filed by February 11, 2022.

3.    The Probation Office does not object to this request.

IT IS SO STIPULATED.

Dated: November 18, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: November 18, 2021

/s/ BENJAMIN LECHMAN
BENJAMIN LECHMAN
Counsel for Defendant
JOSE JESUS CARBAJAL

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **November 18, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE