BENJAMIN P. LECHMAN
CALIFORNIA STATE BAR NUMBER 185729
964 FIFTH AVENUE, SUITE 214
SAN DIEGO, CALIFORNIA 92101
TELEPHONE:  (619) 733-9789

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>JOSE JESUS CARBAJAL,<br><br>                              Defendant. | CASE NO.  1:17-CR-00304 JLT<br><br>STIPULATION AND ORDER TO RESCHEDULE SENTENCING HEARING<br><br>DATE: February 18, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for resentencing on February 18, 2022.

    2.    The parties stipulate and agree, and request that the Court find the following:

        a)    The resentencing hearing currently scheduled for February 18 should be rescheduled for May 20, 2022 to allow the Probation Officer time to complete the PSR and to insure availability of counsel for the resentencing hearing.

        b)    The Presentence Investigation Referral/Schedule should be amended as follows:

            1)    The [draft] Report shall be made available to defense counsel and the AUSA on April 8, 2022;

            2)    Informal objections due to Probation and opposing counsel on April 22, 2022;

            3)    [Final] Report filed with the Court and disclosed to counsel on April 29, 2022;

            4)    Formal objections filed with the Court and served on Probation and

Stipulation to continue, U.S. v. Carbajal, 17CR304

opposing counsel by May 6, 2022; and

        5)     Reply, or Statement of Non-Opposition filed by May 13, 2022.

3. The Probation Office does not object to this request.

IT IS SO STIPULATED.

Dated: February 7, 2022

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MARK J. MCKEON
MARK J. MCKEON
Assistant United States Attorney

Dated: February 7, 2022

/s/ BENJAMIN LECHMAN
BENJAMIN LECHMAN
Counsel for Defendant
JOSE JESUS CARBAJAL

# FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **February 8, 2022**

UNITED STATES DISTRICT JUDGE