IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE JESUS CARBAJAL,<br><br>                    Defendant. | CASE NO.  1:17-CR-00304<br><br>ORDER RE:<br>APPOINTMENT OF NEW CJA COUNSEL |

Good cause appearing, therefore:

IT IS HEREBY ORDERED that prior counsel Benjamin P. Lechman be relieved. The Court appoints new CJA attorney Michael McKneely, 2300 Tulare Street Suite 115, Fresno, CA 93721, 559-443-7442, mike@fresnocriminalattorney.com, as counsel of record for Mr. Carbajal, *nunc pro tunc* to May 2, 2022,

IT IS SO ORDERED.

Dated:   **May 4, 2022**

_____
UNITED STATES DISTRICT JUDGE