MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JOSE J. CARBAJAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE J. CARBAJAL,<br><br>Defendant. | Case No.    1:17-CR-00304-JLT-SKO<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

### STIPULATION

Defendant Jose J. Carbajal, through his newly appointed counsel Michael McKneely, and Plaintiff the United States of America, through its counsel Assistant United States Attorney Mark McKeon, hereby stipulate and agree as follows and request the Court find the following:

1. By previous order (Dkt. 118) this matter was set for resentencing on May 20, 2022.

2. The resentencing hearing currently scheduled for May 20, 2022 should be rescheduled for July 8, 2022 at 9:00 a.m. to insure the availability of Court and counsel for the resentencing hearing.

3. Counsel shall have through June 10, 2022 to submit informal objections to the draft Presentence Report.

4. The Final Report filed with the Court and disclosed to counsel on June 17, 2022.

5. Formal objections filed with the Court and served on Probation and opposing counsel by June 24, 2022.

6. Reply, or Statement of Non-Opposition to be filed by July 1, 2022.

7. The probation officer concurs with this schedule

IT IS SO STIPULATED

DATED: May 17, 2022          MICHAEL McKNEELY,
                             CRIMINAL DEFENSE ATTORNEY


                             By:  s/Michael McKneely
                                  MICHAEL McKNEELY
                                  Attorneys for Jose J. Carbajal


DATED: May 17, 2022          PHILLIP A. TALBERT
                             United States Attorney

                             By:  s/ Mark J. McKeon by authorization
                                  MARK J. McKEON
                                  Assistant United States Attorney

IT IS SO ORDERED

Dated:  _May 17, 2022_____

                                  _____
                                  HON. JENNIFER L. THURSTON
                                  United States District Judge

[Master Pleading]                                                          -2-