MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JOSE J. CARBAJAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE J. CARBAJAL,<br><br>Defendant. | Case No.   1:17-CR-00304-JLT-SKO<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

## STIPULATION

Defendant Jose J. Carbajal, through appointed counsel Michael McKneely, and Plaintiff the United States of America, through its counsel Assistant United States Attorney Mark McKeon, hereby stipulate and agree as follows and request the Court find the following:

1. By previous order (Dkt. 122) this matter was set for resentencing on July 8, 2022.

2. The resentencing hearing currently scheduled should be rescheduled for October 7, 2022 at 9:00 a.m. to insure that defense counsel has the opportunity to meet with his client, review the pre-sentence report with the client, and to file such informal or formal objections as the circumstances may require.

3. The final presentence report has been filed (Dkt. 123) however since

[Master Pleading]                                                                                                                                    -1-

defense counsel's appointment he has not yet been given the opportunity to speak with Mr. Carbajal. Therefore, the parties agree there is good cause for defense counsel shall have through August 26, 2022 to submit "informal" objections to the Presentence Report, if necessary, to be considered by the probation officer.

4.  If informal objections are filed on or before August 26, 2022, the probation office will have until September 9, 2022 to revise the presentence report, if necessary, in light of any informal objections.

5.  Formal objections, if any, must be filed with the Court and served on Probation and opposing counsel by September 23, 2022.

6.  Reply, or Statement of Non-Opposition to be filed by September 30, 2022.

7.  The probation officer is agreeable to this schedule.

IT IS SO STIPULATED

DATED: June 29, 2022

MICHAEL McKNEELY,
CRIMINAL DEFENSE ATTORNEY

By: s/Michael McKneely
MICHAEL McKNEELY
Attorneys for Jose J. Carbajal

DATED: June 29, 2022

PHILLIP A. TALBERT
United States Attorney

By: s/ Mark J. McKeon by authorization
MARK J. McKEON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **June 30, 2022**

UNITED STATES DISTRICT JUDGE

[Master Pleading]                                                                                                      -2-