MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JOSE J. CARBAJAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE J. CARBAJAL,<br><br>    Defendant. | Case No.   1:17-CR-00304-JLT-SKO<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

## STIPULATION

Defendant Jose J. Carbajal, through appointed counsel Michael McKneely, and Plaintiff the United States of America, through its counsel Assistant United States Attorney Henry Z. Carbajal, hereby stipulate and agree as follows and request the Court find the following:

1. By previous order (Dkt. 125) this matter was set for resentencing on October 7, 2022.

2. The resentencing hearing currently scheduled should be rescheduled for January 13, 2023 at 9:00 a.m. to provide the probation department time to update the Draft Pre-sentence Report following the reinterview of Mr. Jose Carbajal on September 29, 2022.

3. The parties agree there is good cause for the matter to be rescheduled such

that informal objections, if any, can be prepared for the new report. The parties further stipulate that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

    4.    The probation officer concurs with this schedule.

IT IS SO STIPULATED

DATED: October 4, 2022    MICHAEL McKNEELY,
CRIMINAL DEFENSE ATTORNEY

By:  s/Michael McKneely
    MICHAEL McKNEELY
    Attorneys for Jose J. Carbajal

DATED: October 4, 2022    PHILLIP A. TALBERT
United States Attorney

By:  s/ Henry Z. Carbajal, III by authorization
    Henry Z. Carbajal, III
    Assistant United States Attorney

IT IS SO ORDERED.

Dated:  **October 5, 2022**                    UNITED STATES DISTRICT JUDGE

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING   -2-