Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JOSE J. CARBAJAL

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE J. CARBAJAL,<br><br>    Defendant. | Case No.   1:17-cr-00304-JLT-SKO<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

## STIPULATION

Defendant Jose J. Carbajal, through appointed counsel Michael McKneely, and Plaintiff the United States of America, through its counsel Assistant United States Attorney Henry Z. Carbajal, hereby stipulate and agree as follows and request the Court find the following:

1. By previous order (Dkt. 129) this matter was set for resentencing on January 13, 2023.

2. The resentencing hearing currently scheduled should be rescheduled for February 27, 2023 at 10:00 a.m. to provide the defense time to continue preparation of a sentencing memorandum that addresses issues raised by arguments advanced in the Court of Appeal and changes to guidelines calculations from the initial sentencing report.

3. The parties agree there is good cause for the matter to be rescheduled.

4. The probation officer does not object to the continuance.

IT IS SO STIPULATED

| | |
|---|---|
| DATED: January 5, 2023 | MICHAEL McKNEELY, CRIMINAL DEFENSE ATTORNEY |
| | By: s/Michael McKneely<br>MICHAEL McKNEELY<br>Attorneys for Jose J. Carbajal |
| DATED: January 5, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | By: s/ Henry Z. Carbajal, III by authorization<br>Henry Z. Carbajal, III<br>Assistant United States Attorney |

IT IS SO ORDERED.

Dated: **January 5, 2023**

UNITED STATES DISTRICT JUDGE