Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JOSE J. CARBAJAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:17-cr-00304-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REOPENING INFORMAL OBJECTIONS AND CONTINUING SENTENCING** |
| v. | |
| JOSE J. CARBAJAL, | |
| Defendant. | |

**STIPULATION**

Defendant Jose J. Carbajal, through appointed counsel Michael McKneely, and Plaintiff the United States of America, through its counsel Assistant United States Attorney Henry Z. Carbajal, hereby stipulate and agree as follows and request the Court find the following:

1.   By previous order (Dkt. 133) this matter was set for resentencing on February 27, 2023.

2.   After further review, the defense has objections to the Pre-Sentence Report that it has not previously raised informally, and that must be raised in order to effectively represent Mr. Carbajal. The subject matter of the objections have been shared with the United States and it appears that an informal response would be beneficial to narrowing the issues at sentencing.

3. The parties therefore agree there is good cause for the informal objection period to be re-opened and sentencing rescheduled to permit responses to those objections.

4. The parties request the following dates:

5. Informal objections will be submitted to the probation officer no later than February 13, 2023.

6. The final PSR will be filed with the Court on or before February 21, 2023.

7. Formal objections to be due on February 27, 2023 with any response due March 6, 2023.

8. Sentencing is rescheduled to March 13, 2023.

9. The probation officer has approved the requested dates.

IT IS SO STIPULATED

DATED: February 6, 2023   MICHAEL McKNEELY,
CRIMINAL DEFENSE ATTORNEY

By: s/Michael McKneely
MICHAEL McKNEELY
Attorneys for Jose J. Carbajal

DATED: February 6, 2023   PHILLIP A. TALBERT
United States Attorney

By: s/ Henry Z. Carbajal, III by authorization
Henry Z. Carbajal, III
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **February 6, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE