1    Michael McKneely (State Bar No. 214896)
     McKNEELY LAW FIRM
2    2300 Tulare Street, Suite 250
     Fresno, California  93721
3    Telephone:  (559) 443-7442
     Facsimile:  (559) 860-0150
4    mike@fresnocriminalattorney.com

5    Attorney for Defendant
     JOSE J. CARBAJAL
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No.    1:17-cr-00304-JLT-SKO

12              Plaintiff,              **MOTION TO TERMINATE CJA
                                        APPOINTMENT OF MICHAEL
13         v.                           McKNEELY AS ATTORNEY OF
                                        RECORD AND ORDER**
14   JOSE J. CARBAJAL,

15              Defendant.

16

17   TO THE HONORABLE JUDGE JENNIFER THURSTON AND TO THE UNITED

18   STATES ATTORNEY:

19         On December 21, 2017, Defendant Jose Carbajal was indicted on federal charges.

20   CJA Panel Attorney Michael McKneely was appointed as counsel to represent

21   Mr. Carbajal on May 4, 2022 in the resentencing in his criminal case. Mr. Carbajal was

22   sentenced on March 13, 2023. The deadline for filing a direct appeal was April 4 2023.

23   No direct appeal was filed. Mr. Carbajal was in custody at sentencing. The trial phase of

24   Mr. Carbajal's criminal case has, therefore, concluded. Having completed his

25   representation of Mr. Carbajal, Mr. McKneely now moves to terminate his appointment

26   under the Criminal Justice Act.

27         Should Mr. Carbajal require further legal assistance he has been advised to

28   contact the Office of the Federal Defender for the Eastern District of California by mail

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Respectfully submitted,

DATED: April 5, 2023                    McKNEELY LAW FIRM

By:   s/ Michael McKneely
      Michael McKneely
      Attorneys for Jose Carbajal

# [~~PROPOSED~~] ORDER

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Carbajal seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Carbajal at the following address[1], and to update the docket to reflect Mr. Carbajal's *pro se* status and contact information.

> Jose J. Carbajal (JID 7086953 / Bkg 2222823)
> Fresno County Jail
> P.O. Box 872
> Fresno, California 93712

IT IS SO ORDERED.

Dated:   **April 5, 2023**

UNITED STATES DISTRICT JUDGE

[1] Current as of April 5, 2023

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150