1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                Case No. 1:17-CR-00304 JLT SKO

12            Plaintiff,

13        v.                                  ORDER SETTING BRIEFING SCHEDULE
                                              FOR PENDING 28 U.S.C. § 2255 MOTION
14   JOSE JESUS CARBAJAL,
                                              (Doc. 150)
15            Defendant.

16

17          Defendant Jose Jesus Carbajal filed a *pro se* Motion to Vacate, Set Aside, or Correct

18   Sentence under 28 U.S.C. § 2255 on March 12, 2024.  The Court reviewed the motion and would

19   be aided by a response from the government.  Accordingly, the government shall have until **June**

20   **7, 2024** to file any opposition, and defendant Carbajal shall have until **August 9, 2024** to file a

21   reply.

22   IT IS SO ORDERED.

23        Dated:   **April 8, 2024**

24                                                      UNITED STATES DISTRICT JUDGE

25

26

27

28