**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS CARBAJAL,<br><br>Defendant. | Case No: 1:17-cr-00304-JLT<br><br>ORDER ON UNITED STATES' MOTION FOR ORDER FINDING WAIVER OF PETITIONER'S ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES; AND REQUEST FOR EXTENSION OF TIME<br><br>(Doc. 158) |

Good cause appearing, the United States' motion for limited waiver of Jose Jesus Carbajal's attorney-client and work product privileges and related request for an extension of time (Doc. 158) is **GRANTED** with modifications as follows:

(1)     The attorney-client privilege of Defendant Carbajal is waived with respect to all communications between Carbajal and his former attorney, Robert L. Forkner, concerning events and facts related to the claims of ineffective assistance of counsel in Defendant's § 2255 motion (Doc. 150).

(2)     The work product privilege is waived with respect to the work product of attorney Robert L. Forkner concerning events and facts related to the ineffective assistance of counsel claims.

(3)     Attorney Robert L. Forkner and his staff and agents if relevant, may disclose to the United States communications between him and Defendant Carbajal concerning events and facts related to the ineffective assistance of counsel claims.

(4) Attorney Robert L. Forkner may provide the United States with a declaration addressing communications with Defendant Carbajal and work product concerning events and facts related to the ineffective assistance of counsel claims presented in Defendant's § 2255 motion. Attorney Forkner may communicate and coordinate with government counsel to ensure that all issues are adequately addressed in the declaration.

(5) The government shall not use or disclose the privileged material it obtains in this habeas action for any purpose or to any party or in any proceeding beyond this action.

(6) The United States' motion for 30-day extension of time from the Court's deadline of June 7, 2024 by which to file its response to defendant Carbajal's § 2255 motion, is **GRANTED**. Defendant may file a reply within 30 days of the filing of the opposition.

IT IS SO ORDERED.

Dated:   **June 5, 2024**

UNITED STATES DISTRICT JUDGE