PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00304 JLT |
|---|---|
| Plaintiff, | |
| v. | **GOVERNMENT'S UNOPPOSED REQUEST TO EXTEND TIME TO RESPOND TO DEFENDANT'S HABEAS PETITION; [~~PROPOSED~~] ORDER** |
| JOSE JESUS CARBAJAL, | |
| Defendant. | Hon. Jennifer L. Thurston |

The government hereby requests an extension of time to respond to the defendant's March 12, 2024 motion pursuant to 28 U.S.C. § 2255 (Dkt. No. 150). On June 5, 2024, the Court ordered a partial waiver of attorney-client and work product privileges as to defendant's prior counsel and permitted that prior counsel to send relevant materials pertaining to the issues in the petition to the government for use in its responsive pleading. (Dkt. No. 159). The government has received limited materials thus far from prior counsel and requests additional time to receive further relevant materials in order to draft its response. Thus, the government requests three additional weeks, to July 29, 2024, to complete its gathering of evidence and file its response.

The undersigned has conferred with counsel for the defendant-petitioner, and he has no objection to the requested extension.

/ / /

Dated:  July 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**[PROPOSED] ORDER**

The government's unopposed motion to extend time to respond to the defendant's motion pursuant to 28 U.S.C. § 2255 (Dkt. No. 150) is GRANTED.  The government's response to the motion shall be filed on or before July 29, 2024.

IT IS SO ORDERED.

Dated:  __**July 8, 2024**__

UNITED STATES DISTRICT JUDGE