PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS CARBAJAL,<br><br>Defendant. | CASE NO. 1:17-CR-00304 JLT<br><br>**GOVERNMENT'S SECOND UNOPPOSED REQUEST TO EXTEND TIME TO RESPOND TO DEFENDANT'S HABEAS PETITION; [~~PROPOSED~~] ORDER**<br><br>Hon. Jennifer L. Thurston |

The government hereby requests an extension of time to respond to the defendant's March 12, 2024 motion pursuant to 28 U.S.C. § 2255 (Dkt. No. 150). On June 5, 2024, the Court ordered a partial waiver of attorney-client and work product privileges as to defendant's prior counsel and permitted prior counsel to send relevant materials pertaining to the issues in the petition to the government for use in its responsive pleading. (Dkt. No. 159). The government has received limited materials thus far from prior counsel and has made follow up requests for additional information that have not received a response thus far. Thus, the government requests two additional weeks, to August 12, 2024, to complete its gathering of evidence and file its response. The government does not anticipate requesting a further extension of time to file its responsive brief.

The undersigned has conferred with counsel for the defendant-petitioner, and he has no objection to the requested extension.

/ / /

GOVT'S REQ. FOR EXTENSION OF TIME;
[~~PROPOSED~~] ORDER

1

Dated: July 29, 2024

PHILLIP A. TALBERT
United States Attorney

/s/Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

The government's unopposed motion to extend time to respond to the defendant's motion pursuant to 28 U.S.C. § 2255 (Dkt. No. 150) is GRANTED. The government's response to the motion shall be filed on or before August 12, 2024.

IT IS SO ORDERED.

Dated: **July 30, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE